UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALONZO J. KLING

VERSUS

COX COMMUNICATION, INC.

CIVIL ACTION

17-690-SDD-EWD

## RULING

The Court, after carefully considering the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated November 3, 2017, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Unopposed Motion to Remand*[3] filed by Plaintiff is granted and this matter is remanded to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana the 28 day of November, 2017.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-3.
[2] Rec. Doc. 10.
[3] Rec. Doc. 8.

19th JDC